**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARK HERSHKOVITZ,**

        **Plaintiff,**

**-vs-**                                          **Case No. 6:07-cv-1616-Orl-22DAB**

**INNOVATIVE CONSTRUCTION &**
**DESIGN, INC., and SHANNON DISHONG,**

_____

**ORDER**

This cause is before the Court on Plaintiff's Motion for Entry of Final Default Judgment Against All Defendants (Doc. No. 9) filed on February 13, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 5, 2008 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Final Default Judgment Against All Defendants (Doc. No. 9) is granted in part and denied in part.

3. The Clerk is directed to enter a Final Default Judgment providing that Plaintiff, MARK HERSHKOVITZ, recover of the Defendants INNOVATIVE CONSTRUCTION & DESIGN, INC. and SHANNON DISHONG, jointly and severally, the sum of $576.80 for unpaid wages and liquidated damages, plus an attorney's fee of $1,500.00, for a total due of $2,076.80.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 25, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

Innovative Construction & Design, Inc., and
Shannon Dishong
7229 Hawksnest Blvd.
Orlando, FL 32835

ANNE C. CONWAY
United States District Judge